No. 233. AMERICAN RAILWAY EXPRESS COMPANY AND CLINTON H. MCKAY *v.* JACOB KRIGER. Certiorari to the Supreme Court of the State of Tennessee. Argued March 15, 1927. Decided March 21, 1927. *Per Curiam.* Reversed on the authority of *Barrett* v. *Van Pelt,* 268 U. S. 85, 90; *Davis* v. *Roper Lumber Co.,* 269 U. S. 158; and *Chesapeake and Ohio Railway* v. *Thompson Manufacturing Co.,* 270 U. S. 416. *Mr. Clinton H. McKay,* with whom *Messrs. Charles N. Burch, H. D. Minor, H. S. Marx,* and *A. M. Hartung* were on the brief, for petitioners. *Mr. Auvergne Williams* for respondent.

---

No. 234. SEABOARD AIR LINE RAILWAY *v.* UNITED STATES. Appeal from the Court of Claims. Argued March 15, 16, 1927. Decided March 21, 1927. *Per Curiam.* Affirmed on the authority of *St. Louis, Brownsville and Mexico Railway Co.* v. *United States,* 268 U. S. 169, and *Southern Pacific Co.* v. *United States,* 268 U. S. 263. *Mr. Benjamin Carter* for appellant. *Assistant Attorney General Galloway,* with whom *Solicitor General Mitchell* was on the brief, for the United States.